UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL PARRISH,

        Petitioner,         Case No. 1:14-cv-662

v.        Honorable Paul L. Maloney

LORI GIDLEY,

        Respondent.

_____/

**ORDER**

    In accordance with the Opinion entered this day:

    **IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   August 5, 2014        /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge