UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL PARRISH,

        Petitioner,        Case No. 1:14-cv-662

v.        Honorable Paul L. Maloney

LORI GIDLEY,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:   August 5, 2014        /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge